# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132358

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JENDRI MALDONADO-ZAPON,
     Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132358
COA: 272313
Kent CC: 01-004370-FC

_____/

On order of the Court, the application for leave to appeal the September 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

p1218